**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Robert Woleslagle** | Social Security number or ITIN  **xxx–xx–0219** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amanda Marie Woleslagle** | Social Security number or ITIN  **xxx–xx–5051** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **17–70225–JAD** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Robert Woleslagle

Amanda Marie Woleslagle
fka Amanda Marie Blough, fka Amanda Marie Teeter

7/5/17

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70225-JAD
Mark Robert Woleslagle                                                  Chapter 7
Amanda Marie Woleslagle
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: admin              Page 1 of 2              Date Rcvd: Jul 05, 2017
                             Form ID: 318             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
```
db/jdb       +Mark Robert Woleslagle,    Amanda Marie Woleslagle,    850 Beaver Run Ave,
               Sidman, PA 15955-4947
tr           +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
               Ebensburg, PA 15931-0270
14385941     +Accounts Service Department,    P.O. Box 731,    Mahwah, NJ 07430-0731
14385952     +Citibank,   Attn: Centalized Bankruptcy,     P.O. Box 790040,    Saint Louis, MO 63179-0040
14385951     +Citibank,   Attn: Centalized Bankruptcy,     P.O. Box 790040,    Saint Louis, MO 63179-0040
14385953     +Citibank, N.A.,    Attn: Centalized Bankruptcy,    P.O. Box 790040,    Saint Louis, MO 63179-0040
14385954      Conemaugh Health Initiatives,    P.O. Box 644633,    Pittsburgh, PA 15264-4633
14385955     +Conemaugh Memorial Medical Center,    1086 Franklin Street,    Johnstown, PA 15905-4305
14385959      DLP Conemaugh Physician Group,    1086 Franklin Street,    Johnstown, PA 15905-4398
14385962     +Franklin American Mortgage Co.,    P.O. Box 11733,    Newark, NJ 07101-4733
14385964     +Franklin American Mortgage Company,    P.O. Box 77404,    Trenton, NJ 08628-6404
14385965     +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
14385967     +Laurel Group Anesthesia, PC,    1086 Franklin Street,    Suite M4000,    Johnstown, PA 15905-4305
14385968      Macy's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
14385971     +Northland Group, Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
14386962     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14385975     +Patenaude & Felix, A.P.C.,    Attn: Gregg L. Morris, Esq.,    4545 Murphy Canyon Road,
               3rd Floor,   San Diego, CA 92123-4363
14385976      Penn Credit Corporation,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14385977      Railroad & Industrial Federal Credit,    Union,    P.O. Box 5125,    Tampa, FL 33675-5125
14385978     +S & T Bank,    P.O. Box D,    Brockway, PA 15824-0504
14385979     +S&T Bank,    Attn: Janet Bickle,    800 Philadelphia Street,    P.O. Box 190,
               Indiana, PA 15701-0190
14385982     +South Fork Federal Credit Union,    220 Main Street,    South Fork, PA 15956-1246
14385988     +TD Bank, N.A.,    Customer Service,    P.O. Box 731,    Mahwah, NJ 07430-0731
14385989     +TD Rcs/Cub Cadet,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
14385991     +UPMC Altoona,    620 Howard Avenue,    Altoona, PA 16601-4804
14385992     +Visa Department Store National Bank,    Attn: Bankruptcy,    P.O. Box 8053,
               Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 01:30:00     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14385945      EDI: ARSN.COM Jul 06 2017 01:18:00     ARS National Services Inc.,    P.O. Box 469100,
               Escondido, CA 92046-9100
14385942      E-mail/Text: mtamsett@adminrecovery.com Jul 06 2017 01:30:43     Admin Recovery, LLC,
               Attn: Timothy Ciffa,    45 Earhart Drive,    Suite 102,    Buffalo, NY 14221-7809
14385943     +EDI: GMACFS.COM Jul 06 2017 01:18:00     Ally Financial,    P.O. Box 380901,
               Minneapolis, MN 55438-0901
14385944     +EDI: GMACFS.COM Jul 06 2017 01:18:00     Ally Financial,    P.O. Box 380902,
               Minneapolis, MN 55438-0902
14385947      EDI: BANKAMER.COM Jul 06 2017 01:23:00     Bank of America,    P.O. Box 982235,
               El Paso, TX 79998-2235
14385946     +EDI: BANKAMER.COM Jul 06 2017 01:23:00     Bank of America,    NC4-105-03-14,    P.O. Box 26012,
               Greensboro, NC 27420-6012
14385948      E-mail/Text: cms-bk@cms-collect.com Jul 06 2017 01:29:54     Capital Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14385949      EDI: CAPITALONE.COM Jul 06 2017 01:23:00     Capital One,    Attn: Bankruptcy,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
14385950     +EDI: CHASE.COM Jul 06 2017 01:23:00     Chase Bank USA, N.A.,    P.O. Box 15278,
               Wilmington, DE 19850-5278
14385956     +EDI: CRFRSTNA.COM Jul 06 2017 01:18:00     Credit First N.A.,    P.O. Box 818011,
               Cleveland, OH 44181-8011
14385957      EDI: CRFRSTNA.COM Jul 06 2017 01:18:00     Credit First, N.A.,    P.O. Box 81344,
               Cleveland, OH 44188-0344
14385958      E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 06 2017 01:30:43
               Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
               Pittsburgh, PA 15242-0346
14385961      E-mail/Text: bankruptcynotice@fcbanking.com Jul 06 2017 01:29:48     First Commonwealth Bank,
               P.O. Box 400,    Indiana, PA 15701
14385963      E-mail/Text: aladd@franklinamerican.com Jul 06 2017 01:30:59
               Franklin American Mortgage Company,    501 Corporate Centre Dr,    Franklin, TN 37067
14385960     +E-mail/Text: bankruptcynotice@fcbanking.com Jul 06 2017 01:29:48     First Commonwealth Bank,
               601 Philadelphia Street,    Indiana, PA 15701-3952
14385966      EDI: RMSC.COM Jul 06 2017 01:23:00     JC Penney,    P.O. Box 965009,    Orlando, FL 32896-5009
14385969     +E-mail/Text: electronicbkydocs@nelnet.net Jul 06 2017 01:30:33     Nelnet Loan,    Nelnet Claims,
               P.O Box 82505,    Lincoln, NE 68501-2505
14385970      E-mail/Text: electronicbkydocs@nelnet.net Jul 06 2017 01:30:33     Nelnet, Inc.,
               P.O. Box 2877,    Omaha, NE 68103-2877
```

```
District/off: 0315-7          User: admin              Page 2 of 2              Date Rcvd: Jul 05, 2017
                              Form ID: 318             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14385972       +EDI: AGFINANCE.COM Jul 06 2017 01:18:00      OneMain Financial,    6801 Colwell Blvd.,
                Irving, TX 75039-3198
14385973       +EDI: AGFINANCE.COM Jul 06 2017 01:18:00      OneMain Financial,    3209 B. Elton Road,
                Johnstown, PA 15904-2807
14385974       +E-mail/Text: paparalegals@pandf.us Jul 06 2017 01:31:08      Patenaude & Felix, A.P.C.,
                Attn: Gregg L. Morris, Esq.,   501 Corporate Drive Southpointe,   Suite 205,
                Canonsburg, PA 15317-8584
14385980       +EDI: SEARS.COM Jul 06 2017 01:23:00      Sears Card Billing Disputes,    P.O. Box 6283,
                Sioux Falls, SD 57117-6283
14385981        EDI: SEARS.COM Jul 06 2017 01:23:00      Sears Credit Cards,    P.O. Box 6282,
                Sioux Falls, SD 57117-6282
14385984       +EDI: RMSC.COM Jul 06 2017 01:23:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 103104,    Roswell, GA 30076-9104
14385986        EDI: RMSC.COM Jul 06 2017 01:23:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 965061,    Orlando, FL 32896-5061
14385983        EDI: RMSC.COM Jul 06 2017 01:23:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 965064,    Orlando, FL 32896-5061
14385987        EDI: RMSC.COM Jul 06 2017 01:23:00      Synchrony Bank,    P.O. Box 965035,
                Orlando, FL 32896-5035
14385985       +EDI: RMSC.COM Jul 06 2017 01:23:00      Synchrony Bank,    170 Election Road,
                Draper, UT 84020-6400
14385990       +E-mail/Text: bankruptcydepartment@tsico.com Jul 06 2017 01:30:53      Transworld Systems Inc.,
                Collection Agency,    500 Virginia Dr.,   Suite 514,   Fort Washington, PA 19034-2707
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Franklin American Mortgage Company
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
          Daniel J. Boger    on behalf of Joint Debtor Amanda Marie Woleslagle dnlboger@yahoo.com,
           dboger@shepleylaw.com;mlloyd@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          Daniel J. Boger    on behalf of Debtor Mark Robert Woleslagle dnlboger@yahoo.com,
           dboger@shepleylaw.com;mlloyd@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          James Warmbrodt    on behalf of Creditor   Franklin American Mortgage Company
           bkgroup@kmllawgroup.com
          Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                            TOTAL: 5
```