**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark Robert Woleslagle**
**Amanda Marie Woleslagle**
**fka Amanda Marie Blough, fka Amanda Marie Teeter**
  Debtor(s)

Bankruptcy Case No.: 17–70225–JAD

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Lisa M. Swope is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 26, 2017

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Robert Woleslagle
Amanda Marie Woleslagle
      Debtors

Case No. 17-70225-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: admin     Page 1 of 1     Date Rcvd: Jul 26, 2017
                        Form ID: 129    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db/jdb      +Mark Robert Woleslagle,    Amanda Marie Woleslagle,    850 Beaver Run Ave,    Sidman, PA 15955-4947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
         Daniel J. Boger    on behalf of Joint Debtor Amanda Marie Woleslagle dnlboger@yahoo.com, dboger@shepleylaw.com;mlloyd@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
         Daniel J. Boger    on behalf of Debtor Mark Robert Woleslagle dnlboger@yahoo.com, dboger@shepleylaw.com;mlloyd@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
         James Warmbrodt    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com
         Lisa M. Swope    lms@nsslawfirm.com,    klw@nsslawfirm.com;pa73@ecfcbis.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                TOTAL: 5